UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**  JS-6

| Case No. | CV-07-6014 CAS (JCRx) | Date | August 8, 2008 |
|---|---|---|---|
| Title | MARIA NICOTERO v. BANK OF AMERICA CORPORATION, ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| CATHERINE JEANG | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Not Present | Not Present | |

**Proceedings:** **(In Chambers):** PLAINTIFF'S MOTION FOR APPROVAL OF DISMISSAL OF CLASS ACTION WITHOUT PREJUDICE (filed 07/18/08)

The Court finds this motion appropriate for decision without oral argument. Fed. R. Civ. P. 78; Local Rule 7-15. Accordingly, the hearing date of August 11, 2008, is hereby vacated, and the matter is hereby taken under submission.

On August 8, 2007, plaintiff filed a complaint in the Los Angeles County Superior Court against Bank of America Corporation and BA Merchant Services, LLC. On September 17, 2007, defendants removed that action to this Court on the basis of diversity jurisdiction. Plaintiff filed a first amended complaint ("FAC") on May 9, 2008.

Plaintiff alleges that she was employed by defendants as a merchant service sales representative. FAC ¶ 16. Plaintiff alleges that defendants discriminated against her on the basis of her sex, national origin, and disability and that she was wrongfully terminated. She alleges the following claims: (1) disability discrimination, in violation of Cal. Gov. Code § 12940(a); (2) failure to accommodate, in violation of Cal. Gov. Code § 12940(m); (3) failure to engage in the interactive process, in violation of Cal. Gov. Code § 12940(n); (4) sex discrimination, in violation of Cal. Gov. Code § 12940(a); (5) national origin discrimination, in violation of Cal. Gov. Code § 12940(a); (6) failure to prevent discrimination and harassment; (7) retaliation; (8) intentional infliction of emotional distress; (9) violation of the Equal Pay Act; (10) wrongful termination in violation of public policy; (11) failure to pay statutorily mandated wages; (12) unfair business practices, in violation of Cal. Bus. & Prof. Code § 17200; and (13) conversion.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**  JS-6

| Case No. | CV-07-6014 CAS (JCRx) | Date | August 8, 2008 |
|---|---|---|---|
| Title | MARIA NICOTERO v. BANK OF AMERICA CORPORATION, ET AL. | | |

 On July 18, 2008, plaintiff filed a motion for approval of the dismissal of a class action without prejudice. This motion is unopposed.

 At no time in this action has plaintiff filed a pleading indicating that she desired to proceed against defendants on behalf of a putative class. In her complaint filed in state court, plaintiff does not sue on behalf of herself and others similarly situated. Nor does she set forth allegations that are common to a class or seek classwide relief. Other than plaintiff's allegation that "Defendants cannot establish that [plaintiff] and other Merchant Service Sales Representatives employed in California" were not entitled to overtime pay, see Compl. ¶ 34, there is no indication of plaintiff's intent to proceed on a class wide basis.

 On November 20, 2007, the parties filed a joint report pursuant to Fed. R. Civ. P. 26(f). In this report, plaintiff indicated that she intended to amend the complaint to include wage and hour claims after she had an opportunity to determine whether they would be appropriate for class certification. The parties stipulated that plaintiff would have until April 2008 to file a motion for class certification. Docket 9, Joint Report at 7. On the basis of these representations, the Court set April 25, 2008, as the last day to file a motion for class certification. Docket 13.

 Thereafter, plaintiff filed her FAC. Notwithstanding plaintiff's prior representations indicating her intent to file an amended complaint containing class claims, the FAC contains no allegations pertaining to a putative class and seeks individual relief only. Nor did plaintiff ever bring a motion for class certification.

 Apparently, out of an abundance of caution, plaintiff now seeks Court approval of the voluntary dismissal of this action pursuant to Fed. R. Civ. P. 23(e). However, plaintiff has not filed a class action, and therefore, this rule is inapplicable. Therefore, there is no need for the Court to approve the voluntary dismissal of this action.

 Even if Rule 23(e) applied, there is no showing of collusive conduct. Plaintiff's counsel represents that neither plaintiff nor plaintiff's counsel have received compensation in exchange for this dismissal.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**  JS-6

| Case No. | CV-07-6014 CAS (JCRx) | Date | August 8, 2008 |
|---|---|---|---|
| Title | MARIA NICOTERO v. BANK OF AMERICA CORPORATION, ET AL. | | |

Accordingly, the Court GRANTS plaintiff's motion to dismiss the action without prejudice.

IT IS SO ORDERED.

00   :   00

Initials of Preparer          CMJ